**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHANNA MARA BRICENO-GALINDO,<br>Defendant | Case No.: 26CR2636-RSH<br>**JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Johanna Mara Briceno-Galindo in this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 7, 2026

Robert S. Huie

HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT COURT JUDGE